ANDREA T. MARTINEZ, United States Attorney (#9313)
TYLER L. MURRAY, Assistant United States Attorney (#10308)
CARL D. LESUEUR, Assistant United States Attorney (#16087)
JACOB J. STRAIN, Assistant United States Attorney (#12680)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSHUA DANIEL RUST,<br><br>　　　　　Defendant. | CASE NO. 2:19-cr-00164<br><br>FELONY INFORMATION<br><br>COUNT 1: 18 U.S.C. § 4 (Misprision of Wire Fraud Conspiracy) |

The United States Attorney alleges:

**Count 1**
**18 U.S.C. § 4**
**(Misprision of Wire Fraud Conspiracy)**

From an unknown date and continuing through on or about November 15, 2018, in the Central Division of the District of Utah and elsewhere,

**JOSHUA DANIEL RUST**,

defendant herein, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, 18 U.S.C. § 1349 (Wire Fraud Conspiracy), did conceal the same by allowing more than approximately $13.5 million of silver trading program investor funds to

flow through Zions Bank accounts in his name, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States;

All in violation of 18 U.S.C. § 4.

                    ANDREA T. MARTINEZ
                    United States Attorney

*/s/ Jacob Strain*
_____
TYLER L. MURRAY
CARL D. LESUEUR
JACOB J. STRAIN
Assistant United States Attorneys