ANDREA T. MARTINEZ, United States Attorney (#9313)
JACOB J. STRAIN, Assistant United States Attorney (#12680)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00164 |
| Plaintiff, | WAIVER OF INDICTMENT |
| vs. | Judge Ted Stewart |
| JOSHUA DANIEL RUST, | |
| Defendant. | |

I, JOSHUA DANIEL RUST, the above-named defendant, who is accused of a violation of 18 U.S.C. § 4 (Misprision of Wire Fraud Conspiracy), being advised of the nature of the charge, the proposed Information, and of my rights, especially my right to require the United States to obtain an Indictment from the Grand Jury before proceeding against me, hereby waive in open court prosecution by Indictment and consent that the case may proceed by way of an Information.

Dated this 3RD day of MARCH, 2022.

_____
JOSHUA DANIEL RUST
Defendant

_____
ANDREW DEISS
COREY RILEY
Counsel for Defendant

Submitted before me this __8th__ day of __March__, 2022

_____
United States Judge